12 So.2d 395

## MARSHALL v. STATE.
3 Div. 381.

Supreme Court of Alabama.
March 18, 1943.

H. C. Rankin and Broox G. Garrett, both of Brewton, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

LIVINGSTON, Justice.

The appeal in this case is upon the record proper, with no bill of exceptions.

No error appearing in the record, the judgment of the trial court is due to be, and is affirmed.

Affirmed.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.